1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEATHER HOLINBECK, individually and as parent and guardian for S.H., a minor child; A.H., a minor child; and D.M., a minor child; and SALVADOR ROSALES, individually,<br><br>                Plaintiffs,<br><br>   v.<br><br>SAFECO INSURANCE COMPANY, a Liberty Mutual Company, foreign insurers doing business in Washington state; FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a foreign corporation doing business in Washington state,<br><br>                Defendants. | NO: 4:18-CV-5015-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal with Prejudice (ECF No. 72). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for an Order dismissing this action and

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

without additional attorney fees or costs. The Court has reviewed the record and files herein, and is fully informed.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, and no additional attorney fees or costs are awarded. <u>**HOWEVER**, the Court maintains and reserves jurisdiction to effectuate the Orders Approving the Minors' Settlements at ECF Nos. 64, 65, 71.</u>

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** July 23, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2